UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLENE THIRION, | ) | CASE NUMBER 1: 08 CV 3004 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | COUNT TWO |
| | ) | VERDICT FOR PLAINTIFF |
| CITY OF BEDFORD HEIGHTS, | ) | AGAINST DEFENDANT, THE CITY |
| | ) | OF BEDFORD HEIGHTS |
| | ) | (DISABILITY DISCRIMINATION) |
| Defendant. | ) | |

We the jury, being duly impaneled and sworn, find in this case in favor of the Plaintiff and against Defendant, The City of Bedford Heights on Count Two of Plaintiff's First Amended Complaint (Disability Discrimination - Termination and/or Failure to Accommodate).



Foreperson



DATED: 3/15/2010

\* If you have signed this verdict form, continue on to consider all other claims, and then proceed to the "Award of Damages" form.